## UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois .  Western Division

IN RE:                                          CHAPTER 13
BRIAN D. ASTALOS
JUDITH I. ASTALOS                               CASE NO. 12-80349

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:    Wells Fargo Bank**                  **Court claim #: 11**

**Last four digits** of any number used to identify the debtor's account: 8758

| *Final Cure Amount* | |
| --- | --- |
| Amount of Prepetition Arrears | $28535.21 (Per creditor's Proof of Claim) |
|  | +  500.00 (Per allowed Cost of Collection Claim) |
|  | $29035.21 |
|  |  |
| Amount Paid by Trustee | $29035.21 |

| *Monthly ongoing Mortgage Payment* | | |
| --- | --- | --- |
| Mortgage is paid: | | |
| ☐  Thru the Chapter 13 Plan | ☒ | Direct by Debtor(s) |

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  4/24/2017                        /s/Lydia S. Meyer
                                         Lydia S. Meyer, Trustee
                                         308 W. State St., Suite 212
                                         Rockford, IL  61101

### Certificate of Service
        I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 24th Day of April, 2017.

Dated:  4/24/17                          /s/Cynthia K. Burnard

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT MAC X2302-04C
ONE HOME CAMPUS
DES MOINES, IA 50328-0001

WELLS FARGO HOME MORTGAGE
8480 STAGECOACH CIR.
FEDERICK, MD  21701

WELLS FARGO BANK NA
ATTN: BANKRUPTCY DEPT. MAC X7801-014
3476 STATEVIEW BLVD.
FT. MILL, SC 29715-7203

ATTORNEY ANDREW NELSON
PIERCE & ASSOCIATES, PC
1 NORTH DEARBORN SUITE 1300
CHICAGO, IL 60602

BRIAN D. ASTALOS
JUDITH I. ASTALOS
29160 TERRA VISTA DRIVE
ROCK FALLS, IL  61071

ERHMANN GEHLBACH
  BADGER LEE & CONSIDINE
215 E. FIRST ST., SUITE 100
PO BOX 447
DIXON, IL  61021